# Ogletree
# Deakins

**OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.**

*Attorneys at Law*

599 Lexington Avenue, 17th Floor
New York, New York 10022
Telephone:  212.492.2500
Facsimile:  212.492.2501
www.ogletreedeakins.com

Evan B. Citron
212.492.2068
evan.citron@ogletree.com

August 1, 2022

**VIA ECF**

The Honorable Mae A. D'Agostino
United States District Judge
United States District Court
Northern District of New York
James T. Foley U.S. Courthouse
445 Broadway, Courtroom 5
Albany, New York 12207

   Re: *Petrosino v. Fastenal Company*, 22-cv-00705-MAD-DJS

Dear Judge D'Agostino:

  We were recently retained to represent Defendant Fastenal Company ("Defendant") in the above-referenced matter.  In light of our recent retention, and in accordance with Rule 1 of Your Honor's Individual Rules Practices, we respectfully write to request an extension of Defendant's time to answer, move, or otherwise respond to the Complaint from August 1, 2022, until September 1, 2022.  Defendant respectfully submits this request so that it may be afforded additional time to investigate the allegations in the Complaint, and prepare its responsive pleading.  This is Defendant's first request for an extension of time to respond to the Complaint.  Defendant contacted counsel for Plaintiff to inquire as to Plaintiff's position with respect to this request, but had not received a response as of the time of this filing.

  Thank you for Your Honor's consideration of this request.

      Respectfully submitted,

      OGLETREE, DEAKINS, NASH,
      SMOAK & STEWART, P.C.

      By:  *s/ Evan B. Citron*
        Evan B. Citron

cc: All counsel of record (via ECF)

52475940.v1-OGLETREE